UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>    Plaintiff and Interpleading Party,<br><br>    v.<br><br>THE MILTON H. GREENE ARCHIVES, INC., an Oregon corporation; THE SONI LAW FIRM, an unknown business entity doing business in California; VNU BUSINESS MEDIA, INC., a Delaware corporation (erroneously sued in an underlying action as BPI Communications); and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.  CV 10-1090 DSF (JEMx)<br><br>**FINDINGS OF FACT RELATING TO RELEASE OF INTERPLEAD FUNDS**<br><br>Judge: Hon. Dale S. Fischer<br>Magistrate Judge: John E. McDermott<br>Courtroom: 840 |

Pursuant to Federal Rules of Civil Procedure, Rule 52, and Central District Local Rule, Rule L.R. 52-1, and following consideration of the issues presented in this matter, and based upon the evidence presented, this Court makes the following findings of fact relating to the release of funds to SCOTTSDALE INSURANCE COMPANY ("Scottsdale") and VNU BUSINESS MEDIA, INC., a Delaware corporation (erroneously sued in an underlying action as BPI Communications) ("VNU"):

# FINDINGS OF FACT

1. On February 12, 2010, Scottsdale filed the instant action for declaratory relief and interpleader against THE SONI LAW FIRM ("Soni"), VNU, and THE MILTON H. GREENE ARCHIVES, INC. ("Greene").

2. This federal interpleader action arises out of an underlying federal copyright action entitled *The Milton H. Greene Archives v. Julien's Auction House, LLC, et al.*, United States District Court for the Central District of California, Case No. CV 05-7686 AHM ("the Greene Action"), filed in October of 2005.

3. On February 12, 2010, Scottsdale filed a Notice of Deposit Into Court and deposited $400,896.45 with the Clerk of the District Court, the funds in dispute ("the Interplead Funds"), a copy of which is attached hereto as Exhibit 1.

4. On May 23, 2011, this Court issued its Findings of Fact and Conclusions of Law Re the Priority of The Soni Law Firm's Claim to the Disputed Funds Relative to Scottsdale Insurance Co.'s and VNU Business Media, Inc.'s Claims, holding that Scottsdale and VNU's respective claims each had priority over the claims asserted by Soni, a copy of which is attached hereto as Exhibit 2.

5. Soni filed a Notice of Appeal to the Ninth Circuit regarding the Court's Findings of Fact and Conclusions of Law Re the Priority of The Soni Law Firm's Claim to the Disputed Funds Relative to Scottsdale Insurance Co.'s and VNU Business Media, Inc.'s Claims.

6. Scottsdale and VNU have entered into a Settlement Agreement regarding their respective claims to and the Court's disbursement of the Interplead Funds and have stipulated and agreed as to the manner in which the Interplead Funds will be disbursed and divided as between Scottsdale and VNU, a copy of which is attached hereto as Exhibit 3.

7. Soni requested a stay and that the Interplead Funds not be released by the Court, and the Court ordered briefing on the matter.

8. On October 21, 2011, the Court found that there are no grounds for the

stay requested by Soni, as outlined by the Court's October 21, 2011 Order, a copy of which is attached hereto as Exhibit 4.

9. Scottsdale and VNU agreed to apportion the Interplead Funds pursuant to the Settlement Agreement, as follows:

> Two Hundred Thousand Dollars and zero cents ($200,000) of the Interplead Funds shall be paid to Plaintiff Scottsdale Insurance Company. The check shall be made payable to the "Scottsdale Insurance Company" and shall be sent to TODD R. HAAS, SELMAN BREITMAN LLP, 101 West Broadway, Suite 1330, San Diego, CA, 92101, Telephone: (619) 564-3600, Facsimile: (619) 564-3636

> The remaining balance of the Interplead Funds plus any accrued interest shall be paid to Defendant VNU. The check shall be made payable to "Cozen O'Connor as attorneys for Chubb Insurance Group A/S/O VNU Business Media, Inc." and shall be sent to Reeve J. Segal, Cozen O'Connor, 601 S. Figueroa Street, Suite 3700, Los Angeles, CA 90017, Telephone: (213) 892-7900, Facsimile: (866) 485-7993

Dated: 11/9/11

Hon. Dale S. Fischer
United States District Judge

SHERYL W. LEICHENGER (SBN 161688)
sleichenger@selmanbreitman.com
TODD R. HAAS (SBN 190868)
thaas@selmanbreitman.com
SELMAN BREITMAN LLP
101 West Broadway, Suite 1330
San Diego, CA 92101
Telephone:   (619) 564-3600
Facsimile:    (619) 564-3636

Attorneys for Plaintiff and Interpleading Party
SCOTTSDALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>    Plaintiff and Interpleading Party,<br><br>v.<br><br>THE MILTON H. GREENE ARCHIVES, INC., an Oregon corporation; THE SONI LAW FIRM, an unknown business entity doing business in California; VNU BUSINESS MEDIA, INC., a Delaware corporation (erroneously sued in an underlying action as BPI Communications); and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.  CV 10-1090 DSF (JEMx)<br><br>**PROOF OF SERVICE**<br><br>Judge:  Hon. Dale S. Fischer<br>Magistrate Judge:  John E. McDermott<br>Courtroom:  840 |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is 101 West Broadway, Suite 1330, San Diego, CA 92101. On **November 8, 2011**, I served the following document(s) described as:

**NOTICE OF LODGING AND PROPOSED FINDINGS OF FACT RELATING TO RELEASE OF INTERPLEAD FUNDS**

on the interested parties in this action as follows:

| Surjit P. Soni, Esq.<br>M. Danton Richardson, Esq.<br>Leo E. Lundberg, Jr., Esq.<br>THE SONI LAW FIRM<br>35 N. Lake Avenue, Suite 720<br>Pasadena, CA 91101 | Attorneys For Plaintiff<br><br>Tel: (626) 683-7600<br>Fax: (626) 683-1199<br><br>Email: danton@sonilaw.com |
|---|---|
| Barry E. Mallon, Esq.<br>Borchien Lai, Esq.<br>Manatt Phelps Phillips<br>11355 West Olympic Blvd.<br>Los Angeles, CA 90064-1614 | Attorneys for Defendant Julien's Auction House; Juliensauction.com; and Darren Julien<br><br>Tel: (310) 312-4000<br>Fax: (310) 312-4224<br>Email: blai@manatt.com |
| Reeve Segal, Esq.<br>Cozen O'Connor<br>777 South Figueroa Street, Suite 2850<br>Los Angeles, CA 90017 | Attorneys for Defendant VNU Business Media, Inc.<br><br>Tel: (213) 892-7900 or (800) 563-1027<br>Fax: (213) 892-7999<br>Email: |
| Eric Hanson, Esq.<br>Cozen O'Connor<br>1201 Third Avenue, Suite 5200<br>Seattle, WA 98101-3071 | Co-Counsel for Defendant VNU Business Media, Inc.<br><br>Tel: (206) 224-1291<br>Fax: (206) 621-8783<br>Email: ehanson@cozen.com |

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE:** I transmitted a copy of the foregoing documents(s) via electronic service through CM/ECF to the addressee(s).

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to for delivery to the addressee(s).

☐ **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 8, 2011**, at San Diego, California.

/s/ Patricia S. Mandich
PATRICIA S. MANDICH

2

PROOF OF SERVICE
Case No. CV 10-1090 DSF (JEMx)