JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE CO., | Case No.: CV 10-1090 DSF (JEMx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| THE MILTON H. GREENE ARCHIVES, INC.; THE SONI LAW FIRM; VNU BUSINESS MEDIA, INC., | |
| Defendants. | |
| and RELATED COUNTERCLAIM | |

  By order dated May 23, 2011, this Court issued its Findings of Fact and Conclusions of Law re the Priority of The Soni Law Firm's Claim to the Disputed Funds Relative to Scottsdale Insurance Co.'s and VNU Business Media, Inc.'s Claims, concluding that the claims of both Scottsdale Insurance Co. and VNU Business Media, Inc. had priority over The Soni Law Firm's claim. That decision is now on appeal.

  Scottsdale Insurance Co. and VNU Business Media, Inc. advised the Court that they had entered into a settlement agreement relating to the distribution of the disputed funds. On November 9, 2011, the Court issued its Findings of Fact

1 Relating To Release of Interplead Funds, and on November 23, 2011, the funds were released.

The Milton H. Greene Archives, Inc. has made a judicial admission that it does not assert a claim to any of the funds at issue in this action. (Docket No. 139 at 2:20-21.) Therefore, Scottsdale Insurance Co. is entitled to declaratory judgment that The Milton H. Greene Archives, Inc. has no claim to any of the funds.

IT IS SO ORDERED.

Dated: 1/3/12 _____
Dale S. Fischer
United States District Judge